August 20, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ANIL NINAN, Appellant

NO. 14-14-00713-CV                          V.

HOUSTON COMMUNITY COLLEGE SYSTEM, Appellee

_____

       This cause, an appeal from the judgment in favor of appellee, Houston Community College, signed, August 20, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We order appellant, Anil Ninan, to pay all costs incurred in this appeal.

       We further order this decision certified below for observance.